GENOVA BURNS LLC
Peter F. Berk- 018592000
494 Broad Street
Newark, New Jersey 07102
TEL: (973) 533-0777
FAX: (973) 533-1112
Attorneys for Defendant,
American Eagle Express, Inc. d/b/a AEXGroup

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EVER BEDOYA, DIEGO GONZALES, and MANUEL DeCASTRO, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EAGLE EXPRESS, INC. d/b/a AEXGroup.,<br><br>Defendants. | Case No.: 2:14-cv-02811<br><br>**ORDER FOR PRO HAC VICE ADMISSION** |

THIS MATTER having come before the Court upon the application of Peter F. Berk, Esq., attorney for the Defendants, for the *pro hac vice* admission of Andrew Butcher, Esq., pursuant to L. Civ. R. 101.1; and the Plaintiff having consented to this application; and for good cause shown;

IT IS on this 14th day of February, 2023,

ORDERED that Andrew Butcher, Esq. ("counsel"), be permitted to appear *pro hac vice* in this matter; and it is further

ORDERED that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

ORDERED that Peter F. Berk, Esq. shall (a) be attorney of record in this case in accordance with Local Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the case and counsel in this matter; and it is further

ORDERED that counsel shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which counsel represents the client in this matter; and it is further

ORDERED that counsel shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission pro hac vice in Accordance with Local Civ. R. 101.1(c)(3).

Date: February 14, 2023

s/Jessica S. Allen
Honorable Jessica Allen
United States Magistrate Judge

#16888304v1